UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
= = = = = = = = = = = = = = = = = = = = = = = = = X

A.V.E.L.A., INC.

    Plaintiff/Counter-Defendants

vs.

THE ESTATE OF MARILYN MONROE, LLC,
BIOWORLD MERCHANDISING, and
DOES 1 through 10

    Defendants/Counter-Plaintiffs

= = = = = = = = = = = = = = = = = = = = = = = = = X

Civil No. 12-cv-04828 (KPF) (JCF)

ECF Case

## NOTICE OF MOTION TO WITHDRAW AS AN ATTORNEY OF RECORD

 PLEASE TAKE NOTICE that, upon the accompanying declaration of Philip R. Berwish, Esq., dated January 27, 2014, the accompanying memorandum of Law, and pursuant to Local Civil Rule 1.4 of the Southern District of New York, Philip R. Berwish and BERWISH LAW respectfully move this Court for an Order granting (i) leave to withdraw as an attorney of record for the Plaintiff and Counter-Defendants, A.V.E.L.A., Inc., and Leo Valencia, and (ii) for such other relief as the court may deem proper.

Dated: New York, New York
    January 27, 2014

/ s / Philip R. Berwish
Philip R. Berwish, Esq.
BERWISH LAW
228 Park Avenue South – Suite 30780
New York, NY 10003
Tel: 800-547-8717
Fax: 888-743-4723
berwish@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused true and correct copies of the forgoing <u>Notice Of Motion To Withdraw As An Attorney Of Record</u> for the Plaintiff/Counter-Defendants to be served via the ECF system for the Southern District of New York, which will effectuate service on the following:

Nicole A. Chaudhari, Esq.
DLA Piper, LLP
203 North LaSalle Street – Suite 1900
Chicago, Illinois 60601-1293
Tel:  312-368-7069
Fax:  312-630-5368
nicole.chaudhari@dlapiper.com
*Counsel for the Estate of Marilyn Monroe, LLC*

Tamar Y. Duvdevani, Esq.
DLA Piper, LLP
1251 Avenue of the Americas
New York, NY 10020-1104
Tel:  212-335-4799
Fax:  917-778-8799
Tamar.duvdevani@dlapiper.com
*Counsel for the Estate of Marilyn Monroe, LLC*

Gina I. Durham, Esq.
DLA PIPER, LLP
555 Mission Street – Suite 505
San Francisco, CA 94105-2933
Tel:  415-836-2506
Fax:  415-659-7333
gina.durham@dlapiper.com
*Counsel for the Estate of Marilyn Monroe, LLC*

I hereby certify that I caused true and correct copies of the forgoing <u>Notice Of Motion To Withdraw As An Attorney Of Record</u> for the Plaintiff/Counter-Defendants to be served via e-mail and first class mail to:

A.V.E.L.A., Inc., and Leo Valencia
1135 Terminal Way (#209)
Reno, Nevada   89502

**Signed under the pains and penalties of perjury this 27th day of January, 2014**

/ s / Philip R. Berwish