# TECHNOLOGY LITIGATION CENTER
828 S. Marjan, Anaheim, California 92806
Telephone:  (714) 342-6987
techlitcenter@yahoo.com

July 31, 2014

**VIA ECF**

Honorable James C. Francis
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 18D
New York, New York 10007-1312

Re:   AVELA, Inc. v. The Estate of Marilyn Monroe, LLC et al.,
      12-cv-4828(KPF)(JCF)

Dear Judge Francis:

I represent AVELA, Inc. and Leo Valencia (the "AVELA Parties") in the pending action, and am writing to you on their behalf with regard to the Estate's July 31, 2014 letter.

As the Court is aware, the Court's sanction order did not set a deadline for payment of the sanctions. Accordingly, the AVELA Parties are under the impression that the Court intended to roll its sanctions order into any final judgment in this action – either as an add-on if the Estate prevails or as an offset if the AVELA Parties' prevail and are awarded their fees and costs. The AVELA Parties request that the sanctions order be treated in this fashion, and that the Court not modify its order.

Alternatively, if the Court intends to modify its order, the AVELA Parties request that the Court give them as much time as possible in which to pay the amount ordered, particularly since the amount awarded is so high and the AVELA Parties (unlike the Estate) have limited resources.

Sincerely,

*[signature]*

Michael R. Adele


Cc:   Gina I. Durham (gina.durham@dlapiper.com)
      Tamar Y. Duvdevani (tamar.duvdevani@dlapiper.com)
      Nikkya Williams (nikkya.williams.dlapiper.com)

1