

**DLA Piper** LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Tamar Y. Duvdevani
tamar.duvdevani@dlapiper.com
**T** 212.335.4799
**F** 917.778.8799

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: November 8, 2017

November 8, 2017
**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re: **A.V.E.L.A., Inc. v. The Estate of Marilyn Monroe, LLC et al**
**12-cv-4828(KPF)(JCF): Request for Adjournment of Summary Judgment Deadlines**

Dear Judge Failla:

We represent The Estate of Marilyn Monroe, LLC, Authentic Brands Group ("ABG"), and James Salter (The Estate of Marilyn Monroe, LLC, ABG, and Mr. Salter collectively the "Estate") in the above referenced action, and we write to respectfully request that the December 8, 2017 deadline for dispositive motions be adjourned until thirty (30) days after the Court rules on the Estate's pending motion to dismiss. (Dkt. No. 290.)

As the Court may recall from the August 31, 2017 conference with the parties, the Estate is hesitant to delay the final adjudication of this action, and plans to move for summary judgment on most, if not all, of the parties' causes of action, including the claims asserted against the Estate by X One X and V. International. However, because the Estate's motion to dismiss is pending, the Estate is uncertain as to whether it will need to expend resources and page limits to move on (1) the alter ego allegations; (2) the trademark cancellation claims asserted against ABG; (3) the Section 349 claim; and (4) the tortious interference with existing contractual relationships claim. Should any of these claims survive the pending motion, they will be addressed in the Estate's anticipated summary judgment briefing.

Accordingly, the Estate respectfully submits that it is the most efficient course for the Court as well as for the parties to wait until the pending motion to dismiss is decided before the preparation and filing of dispositive motions. We have conferred with counsel for Mr. Valencia, AVELA, X One X, and V. International, who agree with this proposed course of action and consent to this request.

Respectfully submitted,

**DLA Piper LLP (US)**

*/s/ Tamar Duvdevani*

Tamar Duvdevani

cc: Counsel of Record via ECF

Application GRANTED. The deadline for the parties' cross-motions for summary judgment, previously due on or before December 8, 2017, is hereby ADJOURNED *sine die*. After the Court has ruled on the pending motion to dismiss filed by The Estate of Marilyn Monroe, LLC, Authentic Brands Group LLC, and James Salter (Dkt. #290), the Court will issue a revised scheduling order for summary judgment briefing. The Court anticipates that it will order the parties to submit their cross-motions for summary judgment 30 days after the Court issues its opinion on the pending motion to dismiss.

Dated: November 8, 2017
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE