UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A.V.E.L.A., INC.,

                                       Plaintiff,

         v.

THE ESTATE OF MARILYN MONROE, LLC, *et al.*,

                                       Defendants.
------------------------------------------------------------X
THE ESTATE OF MARILYN MONROE, LLC,

                                 Counterclaimant,

         v.

A.V.E.L.A., INC.,

                                 Counter-Defendant,

LEO VALENCIA, IPL, INC.,
X ONE X MOVIE ARCHIVES INC.,
V. INTERNATIONAL FINE ARTS PUBLISHING,
INC.,

                                 Third-Party Defendants.
------------------------------------------------------------X
X ONE X MOVIE ARCHIVES INC.,
V. INTERNATIONAL FINE ARTS PUBLISHING,
INC.,

                                 Counterclaimants,

         v.

THE ESTATE OF MARILYN MONROE, LLC,
AUTHENTIC BRANDS GROUP, LLC, JAMES
SALTER.

                                 Counter-Defendants.
------------------------------------------------------------X

12 Civ. 4828 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On March 4, 2019, V. International Fine Arts Publishing, Inc, A.V.E.L.A., X One X Movie Archives, Inc., and Leo Valencia (collectively, the "AVELA Parties") moved for the Court to certify its opinion and order of January 30, 2019, for an interlocutory appeal.  (Dkt. #401).   The Estate of Marilyn Monroe, LCC, Authentic Brands Group, LLC, and James Salter (collectively, the "Estate Parties") opposed this motion and filed their opposition on March 13, 2019.  (Dkt. #403).  The AVELA Parties filed a reply on March 20, 2019.  (Dkt. #404).  Separately, on March 27, 2019, the Estate Parties filed a motion for an order requiring the AVELA Parties to post a bond in the amount of at least $2,400,000 as security for the Estate Parties' costs and attorneys' fees.  (Dkt. #408).

The Court wishes to resolve these issues expeditiously in advance of trial.  The AVELA Parties are ORDERED to file their opposition, if any, to the Estate Parties' motion for a bond order on or before **April 12, 2019.**   The Court ORDERS the parties to appear for a hearing on these issues on **May 3, 2019, at 10:30 a.m., in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.**

SO ORDERED.

Dated:     April 2, 2019
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge