UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
A.V.E.L.A., INC.,

                                Plaintiff,

      v.

THE ESTATE OF MARILYN MONROE, LLC, *et al.*,

                              Defendants.
------------------------------------------------------------X
THE ESTATE OF MARILYN MONROE, LLC,

                          Counterclaimant,

      v.

A.V.E.L.A., INC.,

                        Counter-Defendant,

LEO VALENCIA, IPL, INC.,
X ONE X MOVIE ARCHIVES INC.,
V. INTERNATIONAL FINE ARTS PUBLISHING,
INC.,

                    Third-Party Defendants.
------------------------------------------------------------X
X ONE X MOVIE ARCHIVES INC.,
V. INTERNATIONAL FINE ARTS PUBLISHING,
INC.,

                        Counterclaimants,

      v.

THE ESTATE OF MARILYN MONROE, LLC,
AUTHENTIC BRANDS GROUP, LLC, JAMES
SALTER.

                    Counter-Defendants.
------------------------------------------------------------X

12 Civ. 4828 (KPF)

<u>ORDER</u>

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth during the hearing on May 6, 2019, the AVELA parties' motion for a certificate of appealability and the Estate parties' motion for a bond are each DENIED. The Clerk of Court is directed to terminate the motions at Docket Entries 401 and 408.

SO ORDERED.

Dated:   May 6, 2019
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge